**DISMISS; and Opinion Filed February 9, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01111-CV

**PAMBULA ALLISON, Appellant**
**V.**
**ISIDRO SAENZ AND MARIA M. MAGANA SAENZ, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04184-A**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Boatright

Appellant's brief is overdue. By postcard dated January 12, 2018, we directed appellant to file the brief within ten days and cautioned her that failure to do so would result in dismissal of the appeal without further notice. TEX. R. APP. P. 38.8(a)(1). To date, however, appellant has not complied or otherwise corresponded with the Court. Accordingly, we dismiss the appeal. *Id.*, 42.3(b),(c).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

171111F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAMBULA ALLISON, Appellant

No. 05-17-01111-CV     V.

ISIDRO SAENZ AND MARIA M.
MAGANA SAENZ, Appellees

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-17-04184-A.
Opinion delivered by Justice Boatright,
Justices Lang-Miers and Myers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 9th day of February, 2018.